UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>LOC V. PHAN,<br><br>　　　　　Defendant. | No. CR-07-2048-FVS-1<br><br>ORDER GRANTING MOTION<br>FOR EARLY TERMINATION<br>OF PROBATION |

**THIS MATTER** comes before the Court on Defendant's stipulated Motion for Early Termination of Probation. (ECF No. 776). The Government is represented by Assistant United States Attorney Gregory Shogren. Defendant is represented by Allen M. Ressler. The Court being fully advised,

**IT IS HEREBY ORDERED**:

1. Defendant's Motion for Early Termination of Probation (**ECF No. 776**) is **GRANTED**.

2. The probation requirements as to Loc V. Phan are hereby **TERMINATED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this  16th  day of February, 2012.

　　　　　　　　　　　　S/Fred Van Sickle
　　　　　　　　　　　　Fred Van Sickle
　　　　　　　　　Senior United States District Judge

ORDER GRANTING MOTION FOR EARLY TERMINATION OF PROBATION - 1